

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00291-CV

**IN THE INTEREST OF N.S**., a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1997-PA-01542
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on September 19, 2014. No further extensions will be granted.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court